THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Michael Harris
 and Jennifer Harris, Appellants,
 
 
 
 
 

v.

 
 
 
 
 Pamela Fabian, Respondent.
 
 
 
 
 

Appeal From Beaufort County
Marvin H. Dukes, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-259
 Submitted April 1, 2011  Filed June 1,
2011    

AFFIRMED

 
 
 
 Barry L. Johnson, of Okatie, for
 Appellants.
 Pamela Fabian, pro se, for Respondent.
 
 
 

PER CURIAM: Michael
 and Jennifer Harris appeal the trial court's order, which affirmed the
 magistrate court's order requiring the Harrises to pay $3,000 in damages to
 Pamela Fabian.  On appeal, the Harrises argue the trial court improperly
 calculated the damages associated with the injuries suffered by Fabian's dog.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority: Sullivan v. City of
 Anderson, 81 S.C. 478, 481, 62 S.E.
 862, 863 (1908) ("The general rule is that the owner of a horse or other
 animal, injured by the negligence of another, is entitled to recover the
 difference between the market value of the animal immediately before the injury
 and its market value immediately after the injury."); Id.  at
 481-482, 62 S.E. at 863 ("But where,
 as in this case, by the care and treatment of the owner, there has been a
 partial restoration, the measure of damages is the difference in the market
 value of the animal immediately before the injury and what would be its market
 value at the same time in its condition of partial restoration, together with
 the reasonable expenses of treatment and care."). 
AFFIRMED.
WILLIAMS,
 GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.